Case #: 3:18-cv-00202

Aaron Striz

—v.—

Brian Collier, et al.

July 23, 2018

United States Courts
Southern District of Texas
FILED

JUL 24 2018

David J. Bradley, Clerk of Court

TO: U.S. District Clerk's Office,

An "Initial Partial Filing Fee" of $15.00 was assessed on my case. In order to avoid the lengthy delays imposed by TDCJ's inmate withdrawal from Trust Fund (which sometimes takes 2 or 3 months for Unit Warden's approval to actually issuing the check and mailing it), my mother, Renee Halfin, will be sending payment of $15.00 to cover the Initial Partial Filing Fee, within a week or so. I hope this is acceptable?

Respectfully Submitted,

Aaron Striz

Aaron Striz #838215
Darrington Unit
59 Darrington Rd
Rosharon, TX 77583